UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2010 APR 27 PM 2:00

HONORABLE CLINTON E. AVERITTE PRESIDING   COURT REPORTER/ Digital
DEPUTY CLERK Beverley Bratcher
USPO B. Vaughn
INTERPRETER N/A
DEPUTY CLERK BB

CR. No. 2:09-CR-54   DEFT. No. 2

UNITED STATES OF AMERICA

v.

Lisa Marie Torres
Defendant's Name

V. Lamberson, AUSA

S. Hoard
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

Date Held: 4-27-10
Time in Court: 9:30 - 9:45

**ARRAIGNMENT**

- [ ] Defendant SWORN.
- [x] Arraignment  [ ] Rearraignment - Held on count(s) 1, 2 of the 2 count(s) [x] Indictment [ ] Information [ ] Superseding Indictment [ ] Superseding Information.
- [ ] Sentencing Guidelines
- [x] Deft enters a plea of [x] Not Guilty [ ] Guilty
- [ ] Waiver of Jury Trial
- [ ] Waiver of Indictment filed
- [ ] Plea Agreement accepted. [ ] Court defers acceptance of Plea Agreement.
- [ ] Plea Agreement filed (see agreement for details). [ ] No Plea Agreement.
- [ ] Plea Agreement included with Factual Resume.
- [ ] Factual Resume filed.
- [ ] Sentencing set _____ at _____
- [ ] Trial set for _____ at _____
- [x] Pretrial motions due: 5-14-10.   Government Responses due: 5-24-10
- [ ] Order for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed. PSI due: _____ Pre-sentence Referral Form to: _____
- [ ] Defts bond [ ] set [ ] reduced to $ _____ [ ] Cash [ ] Surety [ ] 10% [ ] PR Unsecured
- [ ] Deft failed to appear, bench warrant to issue.
- [x] Bond [x] continued [ ] forfeited
- [ ] Deft Custody/Detention continued.
- [ ] Deft REMANDED to custody.

OTHER PROCEEDINGS: _____